1
2
3
4
5
6
7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10  KEITH SERIALES,

11          Petitioner,              No. CIV S-09-0511 GGH P

12      vs.

13  K. HARRINGTON,

14          Respondent.              ORDER

15  _____/

16          Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of
17  habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has paid the filing fee. In his application,
18  petitioner challenges a conviction issued by the Tulare County Superior Court. Tulare County is
19  part of the Fresno Division of the United States District Court for the Eastern District of
20  California. See Local Rule 3-120(d).
21          Pursuant to Local Rule 3-120(f), a civil action which has not been commenced in
22  the proper division of a court may, on the court's own motion, be transferred to the proper
23  division of the court. Therefore, this action will be transferred to the Fresno Division of the
24  court.
25  /////
26  /////

1

1       Good cause appearing, IT IS HEREBY ORDERED that:

2       1. This action is transferred to the United States District Court for the Eastern

3 District of California sitting in Fresno; and

4       2. All future filings shall reference the new Fresno case number assigned and

5 shall be filed at:

6       United States District Court
       Eastern District of California
7       2500 Tulare Street
       Fresno, CA 93721

9 DATED: February 26, 2009

                                              /s/ Gregory G. Hollows
                                              GREGORY G. HOLLOWS
                                              UNITED STATES MAGISTRATE JUDGE

GGH:kly
seri0511.109